# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| United States of America, | ) | |
|---|---|---|
| Plaintiff, | ) | **ORDER ADOPTING STIPULATION TO MODIFICATION OF CONDITIONS OF RELEASE** |
| vs. | ) | |
| Andrew Sayeed Myrie, | ) | |
| | ) | Case No. 4:14-cr-133 |
| Defendant. | ) | |

Before the court is a "Stipulation to Modification of Conditions of Release" filed by the parties on January 14, 2016. The parties agree to modify the conditions of release imposed by the court on July 30, 2015, to permit defendant to travel to Jamaica. In so doing, they note that defendant has executed a "Waiver of Extradition" (Docket No. 68) and posted a $500,000.00 personal surety bond (Docket No. 70).

The court **ADOPTS** the parties' stipulation (Docket No. 89). The court shall permit defendant to travel to Jamaica for a period of 30 day from the date of this order. Defendant is to return to the United States within 30 day of this order.

**IT IS SO ORDERED.**

Dated this 14th day of January, 2016.

                                                          */s/ Charles S. Miller, Jr.*
                                                          Charles S. Miller, Jr., Magistrate Judge
                                                          United States District Court