# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| United States of America, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Andrew Sayeed Myrie, | ) | Case No. 4:14-cr-133 |
| Defendant. | ) | |

The court has been advised that the Government does not object to defendant's travel to Jamaica while on release. The court **AMENDS** defendant's conditions of release to permit him to travel to Jamaica while on release.

**IT IS SO ORDERED.**

Dated this 23rd day of August, 2016.

                                                   */s/ Charles S. Miller, Jr.*
                                                 Charles S. Miller, Jr., Magistrate Judge
                                                 United States District Court